# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTHENIA BELL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>HOUSING AUTHORITY OF THE CITY OF SACRAMENTO, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-02539-TLN-JDP (PS)<br><br>ORDER GRANTING PLAINTIFF BELL'S MOTION FOR EXTENSION OF TIME<br><br>ECF No. 26 |

    Plaintiff Delthenia Bell moves for an extension of time, ECF No. 26, to respond to defendants' motion to dismiss, ECF No. 24. For good cause shown, Bell's motion is granted. ECF No. 26. Bell will have until August 12, 2021 to file an opposition to defendants' motion.

IT IS SO ORDERED.

Dated:   June 30, 2021                                                                     
                                                                                 JEREMY D. PETERSON
                                                                                 UNITED STATES MAGISTRATE JUDGE