UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTHENIA BELL, *et al.*, | Case No. 2:20-cv-02539-TLN-JDP (PS) |
| Plaintiffs, | ORDER GRANTING PLAINTIFF DELTHENIA BELL'S MOTION FOR EXTENSION OF TIME |
| v. | |
| HOUSING AUTHORITY OF THE CITY OF SACRAMENTO, *et al.*, | ECF No. 31 |
| Defendants. | |

Plaintiff Delthenia Bell moves for an extension of time before the court holds its initial scheduling conference.[1] ECF No. 31. For good cause shown, this motion is granted. The court's initial scheduling conference is reset to October 28, 2021.

IT IS SO ORDERED.

Dated:   September 9, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Bell asserts that she needs to file two motions before the conference. As a point of clarification, the parties are not required by the court to file any motions regarding the scheduling conference. The parties are simply required to file a joint statement regarding scheduling and discovery to help the court prepare a scheduling order. There is currently no deadline in place in this case regarding the filing of dispositive motions.