1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DELTHENIA BELL, *et al.*,              Case No.   2:20-cv-02539-TLN-JDP (PS)

12                 Plaintiffs,              ORDER DENYING PLAINTIFF DELTHENIA
                                            BELL'S MOTION FOR EXTENSION OF
13          v.                              TIME

14   HOUSING AUTHORITY OF THE CITY          ECF No. 37
     OF SACRAMENTO, *et al.*,
15
                 Defendants.
16

17

18          Plaintiff Delthenia Bell moves for an extension of time to file a sur-reply to defendants'

19   reply on the pending motion to dismiss.  ECF No. 37.  Bell has no right to file a sur-reply; this

20   case was fully briefed when the reply was filed.  *See* Local Rule 230.  If Bell feels the need to

21   address information raised for the first time in the reply, she may file a motion for leave to file a

22   sur-reply and attach the proposed document.  Plaintiff Delthenia Bell's motion for extension of

23   time is denied.

24
     IT IS SO ORDERED.
25

26
     Dated:    September 28, 2021          _____
27                                          JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28